

# BEVERLEY MCGREW WALKER

DISTRICT CLERK
Fort Bend County, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 4:52:45 PM
CHRISTOPHER A. PRINE
Clerk

To: The Clerk of the Court of Appeals for the **Fifteenth Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **23-DCV-302162**

From the **400th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Edward M. Krenek**

Court Reporter: **Mindy Hall**

Appellant(s): **MELANIE T. TELLISON**

**VS**

Appellee(s): **TEXAS WORKFORCE COMMISSION AND TWO DIMENSIONS PREPARATORY ACADEMY, INC**

| _Attorney for Appellant(s)_ | _Attorney For Appellee(s)_ | |
|---|---|---|
| **Melanie T. Tellison – Pro Se** | **Alyson Thompson** | **Elizabeth Angelone** |
| SBN: N/A | SBN: 24143794 | SBN: 24077349 |
| 15443 Campden Hill Rd<br>Houston TX 77053 | Office Of The Attorney General<br>Po Box 12548, Capital Station<br>Austin TX 78711-2548<br><br>Schulman Lopez Hoffer & Adelstein LLP<br>845 Proton Road<br>San Antonio TX 78258 | |
| Telephone: 832-964-3026 | Telephone: 512-475-4253; 512-840-0022 | |
| Facsimile: | Facsimile: 512-478-4013; 210-538-5384 | |
| E-mail: melainesheppard85@gmail.com | E-mail: ally.thompson@oag.texas.gov; eangelone@slh-law.com | |
| Attorney for: MELANIE T. TELLISON, Appellant | Attorney for: TEXAS WORKFORCE COMMISSION AND TWO DIMENSIONS PREPARATORY ACADEMY, INC, Appellee | |

| | |
|---|---|
| Date of Judgment/Appealable Order**: December 01, 2025 - Order Granting Defendants' Joint Motion for Summary Judgment**<br>**December 01, 2025 - Order Granting Defendant Two Dimensions Preparatory Academy's Rule 91A Motion to Dismiss Plaintiff's Second Amended Claims and Plea to the Jurisdiction**<br>**December 11, 2025 - Order Denying Plaintiff's Motion for New Trial** | Nature of Action: **Other Civil** |
| Disposition of Case: **Summary Judgment/Final** | Jury Trial: **No** |
| **Plaintiff's Motion for New Trial** filed on: **December 05, 2025** | |
| **Plaintiff's Notice of Appeal** Filed On: **December 22, 2025** | |

Signed, **on this the 22nd day of December, 2025**.

**BEVERLEY MCGREW WALKER, DISTRICT CLERK**
**FORT BEND COUNTY, TEXAS**
<u>Physical Address:</u>
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469
<u>Mailing Address:</u>
301 Jackson Street, Room 101
Richmond, Texas 77469

By: _____
Deputy District Clerk Tracy Tran
Telephone: (281) 341-4515

**Physical Address**
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469

Phone: (281) 341-4515
Fax: (281) 341-4519

**Mailing Address**
301 Jackson Street, Room 101
Richmond, Texas 77469



# BEVERLEY MCGREW WALKER
### DISTRICT CLERK
Fort Bend County, Texas

Electronically Filed with the Fifteenth Court of Appeals


Enclosure(s): Plaintiff's Notice of Appeal

cc:      Melanie T. Tellison
           Alyson Thompson
           Elizabeth Angelone

**Physical Address**
1422 Eugene Heimann Circle, Room 31004
Richmond, Texas 77469

Phone: (281) 341-4515
Fax: (281) 341-4519

**Mailing Address**
301 Jackson Street, Room 101
Richmond, Texas 77469

Filed
12/22/2025 2:45 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Tracy Tran

## CAUSE NO. 23-DCV-302162

| | | |
|---|---|---|
| **MELANIE T. TELLISON SHEPPARD** | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **FORT BEND COUNTY, TEXAS** |
| **TEXAS WORKFORCE** | § | |
| **COMMISSION** | § | |
| **AND TWO DIMENSIONS** | § | |
| **PREPARATORY ACADEMY,** | § | **400TH JUDICIAL DISTRICT** |
| *Defendants* | | |

### PLAINTIFF'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF THE 400TH DISTRICT COURT, THE PARTIES, AND THE CLERK OF THE COURT:**

COMES NOW **Plaintiff, MELANIE T. TELLISON**, Pro Se, and files this **Notice of Appeal** pursuant to Texas Rule of Appellate Procedure 25.1 and 26.1, and respectfully shows the Court as follows:

I. **Court and Cause Number:** This appeal is taken from Cause No. 23-DCV-302162 in the 400th Judicial District Court of Fort Bend County, Texas.

II. **Judgment/Order Appealed:** Plaintiff hereby gives notice of her intent to appeal the following orders signed by the Court that disposed of all parties and all claims:

1. The **Final Judgment** signed on **December 1, 2025**, granting:

   - Defendant Two Dimensions Preparatory Academy's **Rule 91a Motion to Dismiss**, and

   - Defendants' **Joint Motion for Summary Judgment**; and

2. The **Order Denying Plaintiff's Motion for New Trial**, signed on **December 11, 2025**.

**III. Parties to the Appeal:**

- **Appellant – Melanie T. Tellison,** 15443 Campden Hill Rd. Houston, TX 77053 Email: melaniesheppard85@gmail.com, Telephone: (832) 964-3026

- **Appellee – Texas Workforce Commission:** Represented by: **Alyson "Ally" Thompson,** Assistant Attorney General, Email: ally.thompson@oag.texas.gov Office of the Attorney General, P.O. Box 12548 Austin, Texas 78711-2548

- **Appellee – Two Dimensions Preparatory Academy:** Represented by: **H. Denise N. Pierce**, Email: dpierce@slh-law.com and **Elizabeth Angelone**, Email: eangelone@slh-law.com, 845 Proton Road San Antonio, Texas 78258

**IV. Court of Appeals:** Pursuant to the exclusive statewide jurisdiction over matters involving state commissions and agencies created by the 88th Legislature, this appeal is taken to the **Fifteenth Court of Appeals** in Austin, Texas.

**V. Nature of the Case:** This appeal arises from a statutory judicial review under **Texas Labor Code §§ 212.201–212.202**, in which Plaintiff sought a **trial de novo** regarding the Texas Workforce Commission's denial of unemployment benefits.

**VI. Indigent Status:** Plaintiff previously filed a *Statement of Inability to Afford Payment of Court Costs* in the trial court. Pursuant to Texas Rule of Appellate Procedure 20.1, Plaintiff is presumed indigent for the purposes of this appeal and is not required to pay costs as the trial court has not overruled the claim of indigence.

**VII. Request Regarding Costs:** This appeal arises from a judicial review of a Texas Workforce Commission decision under **Texas Labor Code §§ 212.201–212.202**. Pursuant to **Texas Labor Code § 212.202(b)**, "A court may not charge a claimant costs, including a fee for filing a petition for judicial review or an appeal"

**VIII. Timeliness of Appeal:** Plaintiff's Motion for New Trial was denied on **December 11, 2025**. This Notice of Appeal is therefore **timely** under Texas Rule of Appellate Procedure 26.1(a).

**IX. Prayer:** Plaintiff respectfully requests that the District Clerk prepare and file the appellate record and transmit it to the **Fifteenth Court of Appeals**, and that this appeal proceed in accordance with the Texas Rules of Appellate Procedure.

Respectfully submitted,

**By:** *Melanie T. Tellison*

**Melanie T. Tellison**
**15443 Campden Hill Rd.**
**Houston, TX 77053**
**Telephone: (832) 964-3026**
**Email: melaniesheppard85@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a copy of the foregoing document has been sent to the other parties via email and eService, as follows:

Alyson "Ally" Thompson
Assistant Attorney General
State Bar No. 24143794
ally.thompson@oag.texas.gov
Tax Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: 512-475-4253
Fax: 512-478-4013
***Attorneys for Defendant***
***Texas Workforce Commission***

H. Denise N. Pierce
dpierce@slh-law.com
Elizabeth Angelone
eangelone@slh-law.com
845 Proton Road
San Antonio, Texas 78258
Tel: 210-538-5385
Fax: 210-538-5384
***Attorneys For Defendant***
***Two Dimensions Preparatory Academy***

Dated: December 22, 2025

*Melanie T. Tellison*

Melanie T. Tellison Sheppard
15443 Campden Hill Rd.
Houston, Texas 77053
Telephone: 832-964-3026
Email: Melaniesheppard85@gmail.com
***Petitioner Pro Se***